IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND, and
TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,

Plaintiff(s),

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation, and
ABBA BONDING, INC., an Alabama corporation,

Defendant(s).

MINUTE ORDER

     It is hereby **ORDERED** that Plaintiffs' Motion to Strike Defendant Alpine Design Interiors, Inc.'s Response (docket no. 7) is **GRANTED** for the following reasons.

     The Response to Summons in a Civil Action (docket no. 6) filed by Defendant Alpine Design Interiors, Inc. was filed by Joseph Trujillo, who is not licensed to practice law before this court. It is well established that a corporation can appear in court only by an attorney at law. DeVilliers v. Atlas Corp., 360 F.2d 292, 294 (10th Cir. 1966); In the Matter of Tax Indebtedness of Stoltz, 745 F. Supp. 643, 644 n.1 (D. Colo. 1990); and Flora Construction Co. v. Fireman's Fund Insurance Co., 307 F.2d 413, 414 (10th Cir. 1962). Moreover, the form used by Defendant Alpine Design Interiors, Inc. was JDF 81 10/02, and such form is a Colorado State Court Form, and not a proper pleading in the United States District Court for the District of Colorado. *See* paragraphs - II. Commencement of Action; Service of Process, Pleadings, Motions, and Orders and III. Pleadings and Motions sections located in the United States District Court for the District of Colorado - Local Rules of Practice effective April 15, 2002 with updates through December 1, 2008.

     **FURTHER, IT IS ORDERED** that the Response to Summons in a Civil Action (docket no. 6) filed by Defendant Alpine Design Interiors, Inc. is **STRICKEN**.

     **FURTHER, IT IS ORDERED** that Defendant Alpine Design Interiors, Inc. shall forthwith retain legal counsel who is licensed and admitted to practice before this court and shall file an Answer to the Complaint on or before January 12, 2009, or be subject to default.

**FURTHER, IT IS ORDERED** that Plaintiffs shall forthwith serve Co-Defendants Abba Bonding, Inc., an Alabama corporation and Morris C. Sears, an individual or show cause on January 23, 2009, at 10:30 a.m. at the Rule 16 Scheduling Conference why this case should not be dismissed against these Co-Defendants.

**FURTHER, IT IS ORDERED** that all Defendants shall have up to and including December 26, 2008, in which to file and respond to Plaintiffs' Motion to File First Amended Complaint (docket no. 11).

Date:  December 12, 2008