IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND, and
TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,

Plaintiff(s),

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation, and
ABBA BONDING, INC., an Alabama corporation, and
MORRIS C. SEARS, an individual,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

Based upon the Response to Plaintiffs' Motion to Strike Defendant Sears' Motion to Dismiss (Docket No. 32), it is hereby **ORDERED** that Defendants Motion to Dismiss (Docket No. 20) is stricken. It is thus further

**ORDERED** that Plaintiffs' Motion to Withdraw as Moot Plaintiffs' Motion to Strike (Docket No. 33) is **granted**, and it is thus further

**ORDERED** that the plaintiffs' Motion to Strike Defendant Sears' Motion to Dismiss (Docket No. 21) is withdrawn.

Date: February 10, 2009