IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION
TRUST FUND, and
TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,

Plaintiff(s),

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation, and
ABBA BONDING, INC., an Alabama corporation, and
MORRIS C. SEARS, an individual,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants Morris C. Sears and ABBA Bonding, Inc.'s Unopposed Motion to Supplement Scheduling Order (docket no. 42) is GRANTED. Paragraphs 4. b) 1., 2., and 3. on pages 2 and 3 of the subject motion (docket no. 42) shall be added to the Scheduling Order (docket no. 40) under the Statement of Claims and Defenses section of such Scheduling Order (docket no. 40).

Date: February 24, 2009