Case 1:08-cv-02402-RPM-MJW   Document 54   Filed 04/09/09   USDC Colorado   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND,   and
TRUSTEES OF THE  RESILIENT FLOOR COVERING PENSION FUND,

Plaintiff(s),

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation,
ABBA BONDING, INC., an Alabama corporation, and
MORRIS C. SEARS,

Defendant(s).

---

## RECOMMENDATION REGARDING
## PLAINTIFFS' MOTION FOR DEFAULT OR, IN THE ALTERNATIVE, TO COMPEL A RESPONSIVE PLEADING (DOCKET NO. 45)

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter is before the court on Plaintiffs' Motion for Default or, in the Alternative, to Compel a Responsive Pleading (docket no. 45).  The court has reviewed the subject motion (docket no. 45).  The Defendant ABBA Bonding, Inc., did not file a response to such motion.  In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and recommendation.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This court finds:

1. That I jurisdiction over the subject matter and over the parties to this lawsuit;

2. That venue is proper in the state and District of Colorado;

3. That each party has been given a fair and adequate opportunity to be heard;

4. That Defendant Morris C. Sears d/b/a ABBA Bonding has filed for bankruptcy protection under Chapter 11 in the United States Bankruptcy Court for the Southern District of Alabama under case no. 09-11053;

5. That there is an automatic stay under §362 of the United States Bankruptcy Code that has been issued by the United States Bankruptcy Court for the Southern District of Alabama under case no. 09-11053 as to Defendant Morris C. Sears d/b/a ABBA Bonding only;

6. That Defendant ABBA Bonding, Inc., was served with the Complaint on December 17, 2008, at 5:15 p.m.  *See* docket no. 17 at page 2;

7. That as of the date of this recommendation, Defendant ABBA Bonding, Inc., has not filed an Answer or otherwise defended this lawsuit;

8. That Defendant ABBA Bonding, Inc., did not file a response to the

subject motion (docket no. 45), and counsel for Defendant ABBA Bonding, Inc., informed this court at the telephone status conference held on April 9, 2009 that Defendant ABBA Bonding, Inc., is **confessing** the subject motion (docket no. 45).

## RECOMMENDATION

**WHEREFORE,** based upon these finding of fact and conclusions of law, this court **RECOMMENDS:**

1. That Plaintiffs' Motion for Default or, in the Alternative, to Compel a Responsive Pleading (docket no. 45) is **GRANTED IN PART AND THE COURT DEFERS RULING IN PART**.  It is **GRANTED** as to a Clerk's Default being entered against Defendant ABBA Bonding, Inc., only on the Third Claim for Relief in the Complaint;

2. That the Clerk of Court shall enter a Clerk's Default on the Third Claim for Relief in the Complaint only against Defendant ABBA Bonding, Inc., only;

3. That the court defers ruling on the subject motion (docket no. 45) as to Defendant Morris C. Sears d/b/a ABBA Bonding until relief from stay is obtained from the United States Bankruptcy Court for the Southern District of Alabama in case no.  09-11053 or until further Order of Court.

**NOTICE:  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have ten (10) days after service of this recommendation to serve and file**

4

**written, specific objections to the above recommendation with the District Judge assigned to the case. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge, <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. <u>Makin v. Colorado Dep't of Corrections</u>, 183 F.3d 1205, 1210 (10th Cir. 1999); <u>Talley v. Hesse</u>, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Done this 9th day of April 2009.

                                            BY THE COURT

                                            <u>S/ Michael J. Watanabe</u>
                                            MICHAEL J. WATANABE
                                            U.S. MAGISTRATE JUDGE