IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND,   and
TRUSTEES OF THE  RESILIENT FLOOR COVERING PENSION FUND,

Plaintiff(s),

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation, and
ABBA BONDING, INC., an Alabama corporation, and
MORRIS C. SEARS, an individual,

Defendant(s).

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that *Defendant, Morris C. Sears, d/b/a ABBA Bonding, an Individual Surety's Request for Telephonic Appearance for the Scheduling Conference Courtroom Minutes/Minute Order (Docket No. 78) and Request for Telephonic Appearance on the Order to Show Cause and Order Resetting Rule 16 Scheduling Conference and Motion Hearing (Docket No. 79)*, filed with the Court on October 6, 2009, is DENIED IN ITS ENTIRETY.  Mr. Sears shall appear in person for the conference set on October 19, 2009, at 10:00 a.m.

Date:  October 6, 2009