IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND,   and
TRUSTEES OF THE  RESILIENT FLOOR COVERING PENSION FUND,

Plaintiff(s),

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation, and
ABBA BONDING, INC., an Alabama corporation, and
MORRIS C. SEARS, an individual,

Defendant(s).

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that Defendant Morris Sears' Motion for Protective Order Concerning Defendant Morris Sears' Responses to Plaintiffs' Discovery Requests (docket no. 98) is GRANTED finding good cause shown.  Defendant Morris C. Sears' responses to discovery requests shall be held in abeyance until this court enters its ruling on Alan Molk's Motion to Withdraw as Counsel of Record (docket no. 59) and until further Order of Court.

It is hereby ORDERED that Defendant Morris C. Sears d/b/a ABBA Bonding's Notice of Objection to Plaintiffs' Trial Exhibits (docket no. 93) and Defendant Morris C. Sears' Response to Plaintiff's Third Cause of Action of Plaintiff's Amended Complaint [docket no. 8] and Defendants' Response to Plaintiffs' Motion for Entry of Default or, in the Alternative, to Compel a Response Pending [docket no. 45] (docket no. 92) are BOTH STRICKEN.  Both of these documents (docket nos. 93 and 92) were filed by Mr. Sears pro se.  Mr. Sears is represented by Attorney Alan Molk and therefore any relief sought by Mr. Sears should be brought through his attorney.  As of the date of this minute order, Mr. Molk has not been permitted to withdraw.

Date:  November 13, 2009