IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND,   and
TRUSTEES OF THE  RESILIENT FLOOR COVERING PENSION FUND,

Plaintiff(s),

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation, and
ABBA BONDING, INC., an Alabama corporation, and
MORRIS C. SEARS, an individual,

Defendant(s).

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

        It is hereby ORDERED that Pro Se Defendant, Morris C. Sears, d/b/a ABBA Bonding, Motion for Clarification and Instruction Regarding Settlement Conference on December 8, 2009 (docket no. 109) is GRANTED.  The December 8, 2009, at 1:30 p.m. Settlement Conference was VACATED by the court on November 13, 2009.  See courtroom minutes for November 13, 2009 (docket no. 102).  No new Settlement Conference date has been set.  Any party may request a Settlement Conference date be set by filing a joint or unopposed motion requesting the same.

Date:  November 20, 2009