IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND,   and
TRUSTEES OF THE  RESILIENT FLOOR COVERING PENSION FUND,

Plaintiff(s),

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation, and
ABBA BONDING, INC., an Alabama corporation,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Plaintiffs' Motion to Vacate Protective Order (docket no. 116) is GRANTED.  Defendant Morris C. Sears has, in essence, confessed Plaintiffs' Motion to Vacate Protective Order (docket no. 116) by reason of his purported "compliance" with the requirement that he respond to Plaintiffs' First Set of Combined Interrogatories, Requests for Production of Documents and Requests for Admissions to Defendants ABBA Bonding, Inc. and Morris C. Sears, Individually, which were originally served upon him ten months ago on February 19, 2009.  The Protective Order (docket no. 98) is VACATED.  *See* docket no. 120, which is Defendant Morris C. Sears' Response to Plaintiffs' Interrogatories, Request for Production of Documents and Request for Admissions.

Date:  January 5, 2010