IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND,
and TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,

    Plaintiffs,
v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation,
ABBA BONDING, INC., an Alabama Corporation, and
MORRIS C. SEARS,

    Defendants.
_____

ORDER REJECTING JOINT STIPULATION FOR DISMISSAL
_____

On June 3, 2010, the plaintiffs and defendant Alpine Design Interiors, Inc., filed a Joint Stipulation for Dismissal as to Defendant Alpine Design Interiors, Inc., [127], and incorporated a Settlement Agreement. Upon review of the Settlement Agreement, the stipulation for dismissal is not consistent with the agreement which called for a confession of judgment and an agreement not to execute during installment payments and does not resolve the claim of the Trustees of the Resilient Floor Covering Pension Fund for withdrawal liability. Because the Settlement Agreement and stipulation for dismissal are inconsistent, it is

ORDERED that the Joint Stipulation for Dismissal is rejected.

DATED: June 9th, 2010

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge