IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND,
and TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,

    Plaintiffs,
v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation,
ABBA BONDING, INC., an Alabama Corporation, and
MORRIS C. SEARS,

    Defendants.
_____

ORDER FOR DISMISSAL AS TO ALPINE DESIGN INTERIORS, INC.
_____

    Pursuant to the Stipulation for Dismissal [129], it is

    ORDERED that this action is dismissed as to Defendant Alpine Design Interiors, Inc., with prejudice, each party to bear their respective attorneys' fees and costs.

    DATED: June 10th, 2010

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge