## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-CV-2402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND, and
TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,

    Plaintiffs,

v.

ALPINE DESIGN INTERIORS, INC., a Colorado corporation,
ABBA BONDING, INC., d/b/a ABBA BONDING, an Alabama Corporation, and
MORRIS C. SEARS, an individual

    Defendants.

## ORDER FOR DISMISSAL OF DEFENDANT MORRIS C. SEARS

Upon consideration of the Stipulation for Dismissal between Plaintiffs Trustees and Defendant Morris C. Sears [130] dated June 9, 2010, it is

ORDERED that all claims of Plaintiff against Defendant Morris C. Sears are dismissed, with prejudice as to Morris C. Sears, individually, but without prejudice to as to Proof of Claim No. 13, dated 6/12/2009 filed by Plaintiff in the United States Bankruptcy Court of the Southern District of Alabama in Case No. 09-11053 and it is

FURTHER ORDERED that all claims of Morris C. Sears against Plaintiff, if any, shall be dismissed with prejudice, and it is

FURTHER ORDERED that Plaintiff and Morris C. Sears shall be responsible for their own attorneys' fees and costs. It is

FURTHER ORDERED that the dismissal of claims by and between Plaintiff and Morris C. Sears, is without prejudice to Plaintiff's claims for relief against ABBA Bonding, Inc.

DATED this 10th day of June, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge