IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND,
and TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,

     Plaintiffs,

v.

ABBA BONDING, INC.,
d/b/a ABBA BONDING, an Alabama Corporation,

     Defendant.

_____

ORDER FOR STATUS REPORT RE DEFENDANT ABBA BONDING, INC.
_____

     Pursuant to stipulations for dismissal, filed June 9, 2010, orders for dismissal of defendant Alpine Design Interiors, Inc., and Defendant Morris C. Sears have now been entered. The status of Defendant ABBA Bonding, Inc., is not apparent from review of the record. It appears to be in default and a hearing is scheduled on the plaintiffs' objection to recommendations of Magistrate Judge Watanabe on its Motion for Partial Summary Judgment Re Fraud Claim which was also filed by Morris Sears. This Court is unclear as to the status of that defendant and the plaintiffs' claims against it and whether the hearing on the objections scheduled for June 17, 2010, at 2:00 p.m. should proceed.

     Accordingly, it is

     ORDERED that the plaintiffs shall forthwith submit status report regarding the remaining issues in this case as to the defendant ABBA Bonding, Inc.

     DATED: June 10th, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge