# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:08-CV-2402-RPM-MJW

TRUSTEES OF THE COLORADO FINISHING TRADES HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO FINISHING TRADES INSTITUTE,
TRUSTEES OF THE CARPET, LINOLEUM AND RESILIENT TILE LAYERS VACATION TRUST FUND, and
TRUSTEES OF THE RESILIENT FLOOR COVERING PENSION FUND,

    Plaintiffs,

v.

ABBA BONDING, INC., d/b/a ABBA BONDING, an Alabama Corporation,
    Defendant.

---

## ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ABBA BONDING, INC.

---

This Court, having reviewed Plaintiffs' Motion for Entry of Default Judgment Against ABBA Bonding, Inc., finds as follows:

1. On June 14, 2010, Plaintiffs filed a Motion for Entry of Default against Defendant ABBA Bonding, Inc. (Doc. No. 135.) Later the same day, this Court issued an order granting Plaintiffs' Motion for Entry of Default against ABBA Bonding, Inc. and declaring ABBA Bonding, Inc. in default. (Doc. No. 138.) The Court based its ruling on ABBA Bonding, Inc.'s failure to obtain new legal counsel as ordered by the Magistrate Judge on November 19, 2009. (*See* Doc. No. 103.)

2. Defendant is not an officer, agency, or agent of the State of Colorado, nor is it an infant, incompetent person or in the military service.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default Judgment against Defendant ABBA Bonding, Inc. is GRANTED:

Judgment shall enter in favor of Plaintiffs and against Defendant ABBA Bonding, Inc. in the amount of $80,827.54, as follows:

(a) Attorneys' fees in the amount of $73,826.60; and

(b) Costs in the amount of $7,000.94.

Dated this 29th day of June, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge